JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda Witherspoon,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>One Stop Beauty Med Spa,<br><br>                    Defendant(s). | Case No. 2:25-cv-09282-RGK-MBK<br><br>**ORDER DISMISSING ACTION FOR LACK OF PROSECUTION** |

On April 17, 2026, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [23] ("OSC"), which ordered plaintiff to show cause, in writing by April 23, 2026 why this action should not be dismissed for lack of prosecution for defendant's lack of response to the operative complaint. The OSC alternatively allowed defendant to file an answer on or before April 21, 2026 or have Plaintiff request for entry of default on or before April 23, 2026, absent defendant's timely response. No response to the OSC has been filed to date. The Court finds no good cause for the delay in Plaintiff's request for entry of default and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 30, 2026

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE